# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KERI COULTER,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:17cv533-MW/CAS**

**AARON BROWNING, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on November 27, 2017, by filing a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. However, because Plaintiff's motion was insufficient, Plaintiff was required to file an amended in forma pauperis motion by December 29, 2017. ECF No. 4. Moreover, Plaintiff's complaint, ECF No. 1, was also insufficient as she did not provide required information concerning the Defendants, did not provide a basis for bringing this action in this Court, and did not demonstrate why this case should be filed in Florida since Plaintiff is in jail in Kansas. Thus, Plaintiff was directed to consider whether this case should proceed in this Court and, if

so, Plaintiff was required to file an amended complaint by the same deadline. Plaintiff was advised that no further action would be taken in this case until she complied with that Order, and warned that if she failed to comply, this case would be dismissed. ECF No. 4. Because nothing has been received from Plaintiff, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and the pending in forma pauperis motion, ECF No. 2, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on January 9, 2018.

  S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv533-MW/CAS