IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KERI COULTER,**

    **Plaintiff,**

v.                                Case No. 4:17cv533-MW/CAS

**AARON BROWNING, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute. The pending in forma pauperis motion. ECF No. 2, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 8, 2018.**

                                                s/Mark E. Walker            
                                              **United States District Judge**